442 A.2d 355

McCully v. Dic Corp. of Pa. et al.
Appeal of Frankel-Wolgin, E. J. Frankel Construction Co., Inc., and 1845 Walnut Street Corporation a/k/a 1845 Walnut Street Associates and E. J. Frankel Enterprises.
Petition for Allowance of Appeal Denied June 30, 1982.

Argued September 9, 1981.
James J. McEldrew, for appellants; Carl M. Mazzacone, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., concurred in the result.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.